# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Misc. Number 3:07mc133

**FILED**
ASHEVILLE, N.C.

NOV - 1 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

In re: **Reporters' Rates for Transcripts**

Pursuant to 28 U.S.C. Section 753(f) and action taken by the Judicial Conference of the United States at their September 2007 session, the maximum transcript fee rates are increased.

**IT IS, THEREFORE, ORDERED** that each court reporter may charge and collect fees from both government-paid and non-government paid transcripts, which fees shall not exceed the following prescribed rates per page:

## Maximum Transcript Fee Rates - All Parties Per Page

|  | Original | First Copy to Each Party | Each Additional Copy to Same Party |
|---|---|---|---|
| **Ordinary Transcript (30 day)** A transcript to be delivered within thirty (30) calendar days after receipt of an order. | $3.65 | $.90 | $.60 |
| **14-Day Transcript** A transcript to be delivered within fourteen (14) calendar days after receipt of an order. | $4.25 | $.90 | $.60 |

| | | | |
|---|---|---|---|
| **Expedited Transcript (7 day)** A transcript to be delivered within seven (7) calendar days after receipt of an order. | $4.85 | $.90 | $.60 |
| **Daily Transcript** A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day. | $6.05 | $1.20 | $.90 |
| **Hourly Transcript** A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours. | $7.25 | $1.20 | $.90 |
| **Realtime Transcript** A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following adjournment. | $3.05 | $1.20 | |

**IT IS FURTHER ORDERED** that a reporter shall not charge a fee for any copy of a transcript delivered to the Clerk for the records of the Court.

**IT IS FURTHER ORDERED** that in cases involving multiple defendants who are proceeding under the Criminal Justice Act, a court reporter shall prepare and be paid for an original transcript for the Government and one copy for the defense. The usual copy is to be furnished to the Court for its records without cost. If the court determines that additional copies are required for the defense, copies are to be provided at commercially competitive rates.

**THIS ORDER SHALL TAKE EFFECT ON NOVEMBER 1, 2007, AND SAID RATES SHALL APPLY TO ORDERS OR AUTHORIZATIONS FOR TRANSCRIPTS DATED ON AND AFTER SUCH DATE.**

This  31st  day of October, 2007.

_____
**Robert J. Conrad, Jr.**
Chief United States District Judge

_____
**Richard L. Voorhees**
United States. District Judge

_____
**Lacy H. Thornburg**
United States. District Judge

_____
**Frank W. Whitney**
United States District Judge

_____
**Martin K. Reidinger**
United States District Judge