IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Misc. Number 3:07MC133

In re: Rates for Transcripts

Pursuant to 28 U.S.C. Section 753(f) and action taken by the Judicial Conference of the United States at their March 2018 session adopting amendments to existing delivery categories and adding a new 3-day transcript delivery category, the maximum transcript fee rates and categories are modified.

IT IS, THEREFORE, ORDERED that each court reporter may charge and collect fees for both government-paid and non-government paid transcripts, which fees shall not exceed the following prescribed rates per page:

| TRANSCRIPT RATES & CATEGORIES pursuant to 28 USC Sect. 753(f) *Effective 4/1/18* | Original | First Copy to Each Party | Each Additional Copy to Same Party |
|---|---|---|---|
| **Ordinary Transcript (30 day)** A transcript to be delivered within 30 calendar days after receipt of an order. | $3.65 | $.90 | $.60 |
| **14-Day Transcript** A transcript to be delivered within 14 calendar days after receipt of an order. | $4.25 | $.90 | $.60 |

FILED
CHARLOTTE, NC
MAY 29 2018
US District Court
Western District of NC

| | | | |
|---|---|---|---|
| **Expedited Transcript (7 day)** A transcript to be delivered within seven days calendar days after receipt of an order. | $4.85 | $.90 | $.60 |
| **3-Day Transcript** A transcript to be delivered within three calendar days after receipt of an order. | $5.45 | $1.05 | $.75 |
| **Daily Transcript** A transcript to be delivered on the calendar day following receipt of the order (regardless of whether that calendar day is a weekend or holiday), prior to the normal opening hour of the clerk's office. | $6.05 | $1.20 | $.90 |
| **Hourly Transcript** A transcript of proceedings to be delivered within two hours from receipt of the order. | $7.25 | $1.20 | $.90 |
| **Realtime Transcript** A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following receipt of the order. | One feed $3.05 per page  Two-to-four feeds $2.10 per page  Five or more feeds, $1.50 per page | | |

**IT IS FURTHER ORDERED** that a reporter shall not charge a fee for any copy of a transcript delivered to the Clerk for the records of the Court.

**IT IS FURTHER ORDERED** that in cases involving multiple defendants who are proceeding under the Criminal Justice Act, a court reporter shall prepare and be paid for one original transcript. The usual copy is to be furnished to the Court for its records without cost. If the court determines that additional copies are required for the defense, copies are to be provided at commercially-competitive rates.

THIS ORDER AND SAID RATES SHALL APPLY TO ORDERS OR AUTHORIZATIONS FOR TRANSCRIPTS DATED ON AND AFTER APRIL 1, 2018.

This _____ day of April, 2018.

Frank D. Whitney, Chief
U.S. District Judge

Martin Reidinger
U.S. District Judge

Graham C. Mullen, Senior
U.S. District Judge

Robert J. Conrad, Jr.,
U.S. District Judge

Max O. Cogburn, Jr.
U.S. District Judge

Richard L. Voorhees, Senior
U.S. District Judge